

**U.S. Department of Justice**

**United States Marshals Service**

*Eastern District of PA*

*Philadelphia, PA  19106*

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: _13-04314_

I, _GARY V. KIPPLE_, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at _54 IVY COURT, QUAKERTOWN, PA 18951_.

The public sale was held on _AUGUST 23, 2017_

and the highest bidder was _U.S. DEPARTMENT OF AGRICULTURE_

who bid the amount of $ _1.00_.

By: _____
Deputy U.S. Marshal

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 13-04314 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Dawn K. Burrows | US Marshals Sale of Real Estate |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Dawn K. Burrows
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
54 Ivy Court, Quakertown, PA 18951

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                                                                                                                                                                                        Fold

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 66 | No. 66 | *[signature]* | 8/23/17 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only if different than shown above)*

| Date | Time | |
|---|---|---|
| 8-23-17 | 11:00 | ☑ am ☐ pm |

Signature of U.S. Marshal or Deputy
*[signature]* #5769

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | 72 miles @ .535 | | 38.52 | | 38.52  $0.00 |

REMARKS:
Property (54 Ivy Court, Quakertown, PA) sold at auction. Sale held at the Bucks County Courthouse, 55 E. Court Street, Doylestown, PA.

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13