UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　Plaintiff<br>　　v.<br>DAWN K. BURROWS<br>　　　　　Defendant | Civil Action No: 13-04314 |

ORDER

AND NOW, this 5th day of October, 2017, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

ORDERED

1. That the public sale held on August 23, 2017 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to United States Department of Agriculture, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of DAWN K. BURROWS in and to the premises sold located at 54 Ivy Court, Quakertown, PA 18951.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ _____ J.